July 14, 2016



# JUDGMENT

## The Fourteenth Court of Appeals

RICHARD ALAN HAASE, Appellant

NO. 14-14-00572-CV                              V.

ABRAHAM, WATKINS, NICHOLS, SORRELS, AGOSTO & FRIEND, L.L.P.
AND RANDALL SORRELS, Appellees

_____

  This cause, an appeal from the judgment signed on June 20, 2014, was heard on the transcript of the record. We have inspected the record and find the trial court erred in granting summary judgment as to appellant Richard Alan Haase's claims against appellee Randall Sorrels based on alleged conduct that purportedly caused appellant Richard Alan Haase to be sanctioned in the underlying suit.  We therefore order that the portions of the judgment that address appellant Richard Alan Haase's claims against appellee Randall Sorrels based on alleged conduct that purportedly caused appellant Richard Alan Haase to be sanctioned in the underlying suit are **REVERSED** and ordered severed and **REMANDED** for further proceedings in accordance with this court's opinion.  Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.  For good cause, we order appellant Richard Alan Haase and appellee Randall Sorrels each to pay one-half of all costs incurred in this appeal. We further order this decision certified below for observance.